K. & S. Manufacturing Company, appellee, v. William R. Johnston Manufacturing Company, appellant. Gen. No. 28,400.

Vendor's action for price of wood frames. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Thomas J. Peden, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923. Rehearing denied December 8, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Loucks, Eckert & Peterson, for appellant. Brown, Brown & Brown, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Emanuel M. Rosenthal, appellee, v. Henry L. Newhouse, appellant. Gen. No. 28,413.

Injunction against interference with possession of part of apartment, let on lease. Petition of complainant granted. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923. Rehearing denied December 8, 1923.

Mergentheim, Altheimer & Mayer, for appellant; Morton A. Mergentheim, of counsel. D'Ancona & Pflaum, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

M. J. Miller, appellee, v. Chicago Automatic Conveyor Company, appellant. Gen. No. 28,522.

Action of debt on foreign judgment. Judgment for plaintiff by default. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923.

John W. Morsbach, for appellant. Baker, Holder & Schmidt, for appellee; Earl J. Kolb, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Arthur Howell Knox, appellant, v. Adolph D. Weinthrop, appellee. Gen. No. 28,531.

Suit by architect for breach of contract for services. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923.

A. S. and E. W. Froehlich, for appellant. Levinson and Hoffman, for appellee; Harry C. Levinson and W. H. Gallagher, of counsel.

Mr. Justice Barnes delivered the opinion of the court.